Darryl MOORE, Plaintiff–Appellant,

v.

Richard L. STALDER; Linda Ramsay; Angie Huff; Ray Hanson; Becky Moss; Venetia T. Michael, Defendants–Appellees.

No. 03–31154.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

Darryl Moore, Homer, LA, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Darryl Moore, Louisiana prisoner no. 117655, appeals the dismissal, without prejudice, of his 42 U.S.C. § 1983 action in which he complains of a prison disciplinary sanction. We review the dismissal *de novo* and take a strict approach to the requirement that a prisoner exhaust administrative remedies. *Days v. Johnson,* 322 F.3d 863, 866 (5th Cir.2003) (strict approach); *Powe v. Ennis,* 177 F.3d 393, 394 (5th Cir.1999) (*de novo* review). Nothing in the record on appeal shows that Moore exhausted his administrative remedies prior to filing his action. *See Wendell v. Asher,* 162 F.3d 887, 890 (5th Cir.1998); 42 U.S.C.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 1997e(a). The judgment of the district court is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.